# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| MATTHEW J. O'DELL, | Civil No. 25-1381 (JRT/DLM) |
| Petitioner, | |
| v. | **ORDER ON REPORT AND RECOMMENDATION** |
| JARED RARDIN, Warden, | |
| Respondent. | |

Matthew J. O'Dell, Reg. No. 21485-045, FMC Rochester, P.O. Box 4000, Rochester, MN 55903, *pro se* petitioner.

Emily M Peterson, Ana Voss, Assistant United States Attorneys, **UNITED STATES ATTORNEY'S OFFICE,** 300 South 4th Street, Ste 600, Minneapolis, MN 55415, for respondent.

United States Magistrate Judge Douglas L. Micko filed a Report and Recommendation on June 9, 2025. (ECF No. 7). No objections have been filed to the Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records, and proceedings herein,

**IT IS HEREBY ORDERED** that:

1. The Report and Recommendation (ECF No. 7) is **ADOPTED**; and

2. Petitioner Matthew O'Dell's Petition for Habeas Corpus (ECF No. 1) is **DISMISSED WITHOUT PREJUDICE** under Federal Rule of Civil Procedure 41(b) for failure to prosecute.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED:  July 16, 2025                               s/John R. Tunheim
at Minneapolis, Minnesota.                         JOHN R. TUNHEIM
                                                   United States District Judge